# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT IBARRA, | ) Case No. CV 15-8772-DMG (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| W.L. MONTGOMERY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 21, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE